

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00259-CV

———————————————————

IN RE VAN SHAW, Relator

---

Original Proceeding
236th District Court of Tarrant County, Texas
Trial Court No. 236-267402-13

---

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion
Justice Wallach dissents without opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered:  June 10, 2024

Wallach, J., dissents without opinion and would have requested a response to relator's petition for writ of mandamus. *See In re Avalon Care Group, LLC*, No. 02-23-00051-CV, 2023 WL 2430023, at *3 (Tex. App.—Fort Worth March 9, 2023, orig. proceeding) (mem. op.); *In re Mission Consol. Indep. Sch. Dist.*, 990 S.W.2d 459, 461 (Tex. App.—Corpus Christi–Edinburg 1999, orig. proceeding [mand. denied]).